JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
RCB COATINGS, INC.

**DEFENDANTS**
CORBAN CORPORATION d/b/a
ENCOR COATINGS, INC.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Northampton
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Ronald Amato, Esquire
Amato and Margle, P.C.
107 North Commerce Way
Bethlehem PA 18017
(610) 866-0400

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Defendant purchaed and received goods and merchandise which was not paid for.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing Accommodations / Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** 200,503.52

Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
None

JUDGE _____    DOCKET NUMBER _____

DATE: July 7, 2005

SIGNATURE OF ATTORNEY OF RECORD
Ronald Amato, Esquire

UNITED STATES DISTRICT COURT

JUL 12 2001 14:27                                                                P.02

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 120 Tremont Street, Fordon GA 31031

Address of Defendant: 3045 Bath Pike, Nazareth PA 18064

Place of Accident, Incident or Transaction: 3045 Bath Pike, Nazareth PA 18064
(Use Reverse Side For Additional Space)

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒
RELATED CASE, IF ANY:

Case Number: None          Judge _____          Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
   (Please specify)

ARBITRATION CERTIFICATION
(Check appropriate Category)

I, Ronald Aamto, Esquire, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: July 7, 2005       _____       32323
                         Attorney-at-Law                Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: July 7, 2005       _____       32323
                         Attorney-at-Law                Attorney I.D.#

CIV. 609 (9/99)

TOTAL P.02

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RCB COATINGS, INC.<br><br>v.<br><br>CORBAN CORPORATION d/b/a<br>ENCOR COATINGS, INC. | CIVIL ACTION NO.<br><br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)
  Ronald Amato, Esquire
  107 North Commerce Way
  Bethlehem PA 18017
  (610) 866-0400

an answer to the complaint which is herewith served upon you, within   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: |
| (By) Deputy Clerk | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| RCB COATINGS, INC. | : CIVIL ACTION |
| v. | : |
| CORBAN CORPORATION d/b/a ENCOR COATINGS, INC. | : NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 8. ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks. (XX)

July 7, 2005
(Date)

Attorney-at-law

Ronald Amato, Esquire
Attorney for Plaintiff

(Civ. 660)
1/02

LAW OFFICES OF
# AMATO AND MARGLE, P.C.
SUITE 100, COMMERCE SQUARE
107 NORTH COMMERCE WAY
BETHLEHEM, PA 18017-8930
TELEPHONE   (610) 866-0400
FACSIMILE   (610) 866-9155

Margle Direct Dial: (610) 865-9970
Margle Voice Mail: (610) 366-2484
Margle E-Mail: smargle@amatolaw.com
General E-Mail: email@amatolaw.com

RONALD AMATO†
STANLEY J. MARGLE, III†
MICHAEL J. KENNEDY†
KRISTOPHER T. SMULL†
MICHAEL R. LESSA†
OF COUNSEL:
JEFFREY H. LEVI††

†Admitted PA Only
††Admitted MD and DC Only

July 1, 2005

Clerk, U.S. District Court
Eastern District of Pennsylvania
601 Market Street
PHILADELPHIA  PA 19106

　　　　Re: RCB HOLDINGS, INC.
　　　　　　vs.　　ENCOR COATINGS, INC.
　　　　Our File #: 2051965

Dear Civil Filing Clerk:

Enclosed please find an original complaint to be filed with the court along with our check in the amount of $250.00 for filing same. Also enclosed please find a copy of the complaint and ask that such be time-stamped and returned to our office in the enclosed SASE. We also enclose our disc with a copy of the complaint in pdf format. Your prompt attention and cooperation is greatly appreciated.

　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　AMATO AND MARGLE, P.C.
　　　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　Ronald Amato

CP413c
RA/MIK
Enc:　　Original Complaint,
　　　　Copies of Complaint for each Defendant,
　　　　Court Cost Check,
　　　　Disc with complaint in pdf format
　　　　copy of first page of complaint with SASE

LAW OFFICES OF
# AMATO AND MARGLE, P.C.
SUITE 100, COMMERCE SQUARE
107 NORTH COMMERCE WAY
BETHLEHEM, PA 18017-8930
TELEPHONE      (610) 866-0400
FACSIMILE       (610) 866-9155

Margle Direct Dial: (610) 865-9970
Margle Voice Mail: (610) 366-2484
Margle E-Mail: smargle@amatolaw.com
General E-Mail: email@amatolaw.com

RONALD AMATO†
STANLEY J. MARGLE, III†
MICHAEL J. KENNEDY†
KRISTOPHER T. SMULL†
MICHAEL R. LESSA†

OF COUNSEL:
JEFFREY H. LEVI††

†Admitted PA Only
††Admitted MD and DC Only

July 1, 2005

Austin E. Carter, Esquire
Stone & Baxter
577 Mulberry Street, Suite 800
Macon GA 31201

       Re: RCB Coatings, Inc.
          vs. Encor Coatings
       Your File:
       Our File #: 2051965

Dear Mr. Carter:

Suit has been filed in the United States District Court, Eastern District of Pennsylvania and we are awaiting receipt of confirmation that the debtor has been served with our complaint. After service is made, the debtor will have 20 days to respond before we would be in a position to move for default judgment. We will monitor the matter closely and ask that you please advance your file 45 days.

                                              Very truly yours,
                                              AMATO AND MARGLE, P.C.
                                              By:
                                                      Ronald Amato

RA/MIK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RCB COATINGS, INC.** | : | |
| Plaintiff | : | No. |
| vs. | : | |
| **CORBAN CORPORATION D/B/A ENCOR COATINGS, INC.** | : | CIVIL ACTION |
| Defendant | : | |

# C O M P L A I N T

The above Plaintiff brings this action against the above Defendant to recover the sum of **$200,503.52**, with interest thereon as hereinafter stated, upon the following cause of action:

1. Jurisdiction in this court is founded upon 28 USCS §1332 diversity of citizenship of the parties and the amount in controversy. Plaintiff, **RCB COATINGS, INC.** (hereinafter "Plaintiff") is and all times herein mentioned, is a corporation duly organized and existing under and by virtue of the laws of the State of Texas with a principal place of business in the State of Georgia. The Defendant, **CORBAN CORPORATION DOING BUSINESS AS ENCOR COATINGS, INC.** is a corporation duly organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with a principal place of business located in the Commonwealth of Pennsylvania. The amount in controversy, at the time of filing suit exceeded, exclusive of interests and costs, the sum of $75,000.00.

2. Venue in the Eastern District of Pennsylvania is proper in that the materials were delivered to Defendant within the boundaries of the Eastern District of Pennsylvania.

3. The Plaintiff, **RCB COATINGS, INC.** is located at 120 Tremont Street, Gordon GA 31031.

4. The Defendant, **CORBAN CORPORATION doing business as ENCOR COATINGS, INC.** is located at 3045 Bath Pike, NAZARETH PA 18064.

## COUNT I

5. Plaintiff, at Defendant's special instance and request, sold to Defendant certain goods and merchandise in the amount and for the prices set forth in its invoices to Defendant, taken from Plaintiff's books and records, a true and correct copy of which is attached hereto, made a part hereof and marked Exhibit "A".

6. The prices charged for the aforesaid items are just and reasonable and are those which Defendant promised to pay Plaintiff.

7. Defendant received and accepted the goods described in the invoices referred to above, and a total principal amount which became due as a result thereof, after allowance for all proper credits for payments and/or returned merchandise, if any, was $175,553.09.

8. Plaintiff is also entitled to receive interest on the above amount determined by applying the agreed interest rate of 18.00% per annum to the past due balance. As of June 10, 2005 the total amount of interest due to Plaintiff is $24,950.43.

9. Plaintiff is entitled to have the 18.00% interest charge continue to accrue as set forth above, from June 10, 2005 on down to the date of judgment in this matter.

10. Plaintiff has made demand against Defendant for the aforesaid sum, but Defendant failed or refused to pay the same or any part thereof.

**WHEREFORE**, Plaintiff demands judgment against Defendant for **$200,503.52** together with the continually accruing interest charge at the agreed rate of 18.00% per annum from June 10, 2005, and cost of suit.

## COUNT II

### Alternative to Count I - Unjust Enrichment

11. Plaintiff incorporates the allegations of every paragraph enumerated above of this Complaint as if said paragraphs were fully set forth here at length.

12. The goods, wares, merchandise, and/or services, described in the exhibits attached hereto were purchased by Defendant, and Defendant received and accepted the benefit of such goods, wares, merchandise, and/or services provided by Plaintiff.

13.  At all times material hereto, Defendant was aware that Plaintiff was providing the aforesaid goods, wares, merchandise, and/or services to Defendant, and that Plaintiff expected to be paid for such.

14.  At all times material hereto, Defendant, with the aforesaid knowledge, permitted Plaintiff to provide and/or deliver said goods, wares, merchandise, and/or services, and to incur damages.

15.  At all times material hereto, Defendant was unjustly enriched by retaining the benefit of receiving said goods, wares, merchandise, and/or services without paying Plaintiff fair and reasonable compensation.

16.  By reason of the aforesaid unjust enrichment of Defendant at Plaintiff's expense, an implied contract exists between Plaintiff and Defendant, and Defendant is obligated to pay Plaintiff the <u>quantum meruit</u> value of the value of the goods, wares, merchandise, and/or services described in the exhibits attached hereto, in the amount of $175,553.09.

**WHEREFORE**, Plaintiff demands judgment against Defendant for **$175,553.09** together with the continually accruing interest charge at the statutory rate of 6.00% <u>per annum</u> from June 10, 2005, costs of suit and all other relief to which Plaintiff may be justly entitled.

AMATO AND ASSOCIATES, P.C.
By: _____
Ronald Amato, Esq., Atty ID #32323
Michael J. Kennedy, Esq., Atty ID #72412
Michael R. Lessa, Esq., Atty ID #88617
Attorneys for Plaintiff
107 North Commerce Way
Bethlehem, PA 18017
(610) 866-0400

## INVOICE

05-May-2004

RCB COATINGS  
Department 5043  
P.O. Box 2153  
Birmingham Alabama 35287-5043  
USA

Invoice No : 350  04-30-04  
Customer : 1000046  Final  
Customer PO No. :  Ref Sales Order : 00000372

**Bill To :**  
Jim Dale  
Encor Coatings Inc  
3045 Bath Pike  
Nazareth PA 18064  
USA

**Ship To :**  
Encor Coatings Inc  
3045 Bath Pike  
Nazareth PA 18064  
USA

Territory  Sales Person  FOB  GOR  
Ship Via

| Item Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 4006-200 | 05 | | 10.500000 | 1,896.0000 | 19,908.00 | | | 353 |
| RCB 119HS Coal Tar HB Black Part A (5) | | | GAL | GAL | | | | |
| 006-999 | 05 | | 10.500000 | 474.0000 | 4,977.00 | | | 353 |
| CB 119HS Coal Tar HB Part B (1) | | | GAL | GAL | | | | |

Terms  N30  
NET 30  
Customer Country  
Customer Tax Id  
Co   nt

Freight  0.00  
Tax Total  0.00  
Discount Total  0.00  
InvoiceTotal  24,885.00  
USD

Page 1 of 1


EXHIBIT A

# INVOICE

05-May-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham Alabama 35287-5043
USA

Invoice No : 349     04-30-04
Customer : 1000046   Final
Customer PO No. :
Ref Sales Order : 00000371

**Bill To :**
Jim Dale
Encor Coatings Inc
3045 Bath Pike
Nazareth PA 18064
USA

**Ship To :**
Encor Coatings Inc
3045 Bath Pike
Nazareth PA 18064
USA

**Territory**         **Sales Person**        FOB  GOR
**Ship Via**

| Item Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 4006-200 | 05 | 10.500000 | | 416.0000 | 4,368.00 | | | 352 |
| RCB 119HS Coal Tar HB Black Part A (5) | | | GAL | GAL | | | | |
| 4006-999 | 05 | 10.500000 | | 104.0000 | 1,092.00 | | | 352 |
| RCB 119HS Coal Tar HB Part B (1) | | | GAL | GAL | | | | |

| | | | |
|---|---|---|---|
| Terms | N30 | Freight | 0.00 |
| | NET 30 | Tax Total | 0.00 |
| Customer Country | | Discount Total | 0.00 |
| Customer Tax Id | | InvoiceTotal | 5,460.00 |
| Comment | | | USD |

Page 1 of 1

# INVOICE

05-May-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham Alabama 35287-5043
USA

| | | |
|---|---|---|
| Invoice No : 346 | | 04-30-04 |
| Customer : 1000046 | | Final |
| Customer PO No. : | 7511/Michael T | Ref Sales Order : 00000368 |

**Bill To :**
Jim Dale
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

**Ship To :**
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

Territory                Sales Person                FOB   GOR
Ship Via

| Item Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 4006-200 | 05 | | 10.760000 | 800.0000 | 8,608.00 | | | 349 |
| RCB 119HS Coal Tar HB Black Part A (5) | | | GAL | GAL | | | | |
| 4006-999 | 05 | | 10.760000 | 200.0000 | 2,152.00 | | | 349 |
| RCB 119HS Coal Tar HB Part B (1) | | | GAL | GAL | | | | |

| | | | |
|---|---|---|---|
| Terms | N30 | Freight | 0.00 |
| | NET 30 | Tax Total | 0.00 |
| Customer Country | | Discount Total | 0.00 |
| Customer Tax Id | | InvoiceTotal | 10,760.00 |
| Comment | | | USD |

Page 1 of 1

# INVOICE

21-Jun-2004

RCB COATINGS  
Department 5043  
P.O. Box 2153  
Birmingham Alabama 35287-5043  
USA

Invoice No : 550     06-21-04  
Customer : 1000046     Final  
Customer PO No. : 7580  
Ref Sales Order : 00000582

**Bill To :**  
Jim Dale  
Encor Coatings Inc  
3045 Bath Pike  
Nazareth PA 18064  
USA

**Ship To :**  
Encor Coatings Inc  
3045 Bath Pike  
Nazareth PA 18064  
USA

**Territory**     **Sales Person**     **FOB** GOR  
**Ship Via**

| Item Key | Location | Price USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|
| 006-200 | 05 | 10.760000 | 936.0000 | 10,071.36 | | | 555 |
| CB 119HS Coal Tar HB Black Part A (5) | | GAL | GAL | | | | |
| 006-999 | 05 | 10.760000 | 234.0000 | 2,517.84 | | | 555 |
| CB 119HS Coal Tar HB Part B (1) | | GAL | GAL | | | | |

| Terms | N30 | | Freight | 0.00 |
|---|---|---|---|---|
| | NET 30 | | Tax Total | 0.00 |
| Customer Country | | | Discount Total | 0.00 |
| Customer Tax Id | | | InvoiceTotal | 12,589.20 |
| Comment | | | | USD |

Page 1 of 1

# INVOICE

02-Jul-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham Alabama 35287-5043
USA

Invoice No : 617  06-30-04
Customer : 1000046  Final
Customer PO No. : 7587
Ref Sales Order : 00000639

**Bill To :**
Dennis Gleason
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

**Ship To :**
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

| | Territory | | Sales Person | | FOB | GOR | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Ship Via | | | | | | |

| Item Key | Location | Price USD | Ship Qty | Extension | Tax | Discount | Shipment no |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4006-200 | 05 | 10.750000 | 1,720.0000 GAL | 18,490.00 | | | 621 |
| RCB 119HS Coal Tar HB Black Part A (5) | | GAL | | | | | |
| 006-999 | 05 | 10.750000 | 430.0000 GAL | 4,622.50 | | | 621 |
| RCB 119HS Coal Tar HB Part B (1) | | GAL | | | | | |

Terms    N30
         NET 30
Customer Country
Customer Tax Id
Comment

Freight            0.00
Tax Total          0.00
Discount Total     0.00
InvoiceTotal   23,112.50
                    USD

Page 1 of 1

## INVOICE

22-Jul-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham  Alabama  35287-5043
USA

Invoice No : 693           07-22-04
Customer :  1000046        Final
Customer PO No. : 7601     Ref Sales Order : 00000729

**Bill To :**
Dennis Gleason
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

**Ship To :**
Encor Coatings Inc
3045 Bath Pike
Nazareth  PA  18064
USA

Territory                      Sales Person              FOB   GOR
Ship Via

| Item Key | Location | Price USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|
| 006-200<br>CB 119HS Coal Tar HB Black Part A (5) | 05 | 10.760000 | 2,144.0000 GAL | 23,069.44 | | | 696 |
| 006-999<br>CB 119HS Coal Tar HB Part B (1) | 05 | 10.760000 | 536.0000 GAL | 5,767.36 | | | 696 |

| | | | |
|---|---|---|---|
| Terms | N30 | Freight | 0.00 |
| | NET 30 | Tax Total | 0.00 |
| Customer Country | | Discount Total | 0.00 |
| Customer Tax Id | | InvoiceTotal | 28,836.80 |
| Customer ...ent | | | USD |

Page 1 of 1

# INVOICE

11-Aug-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham Alabama 35287-5043
USA

Invoice No : 766           08-11-04
Customer :   1000046       Final
Customer PO No. :  7618
Ref Sales Order :  00000812

Bill To :
Dennis Gleason
Encor Coatings Inc
3045 Bath Pike
Nazareth PA 18064
USA

Ship To :
Encor Coatings Inc
3045 Bath Pike
Nazareth PA 18064
USA

Territory                  Sales Person                FOB   GOR
Ship Via

| Item Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 4006-200 | 05 | 10.760000 | | 1,696.0000 | 18,248.96 | | | 771 |
| RCB 119HS Coal Tar HB Black Part A (5) | | | | GAL | GAL | | | |
| 4006-999 | 05 | 10.760000 | | 424.0000 | 4,562.24 | | | 771 |
| RCB 119HS Coal Tar HB Part B (1) | | | | GAL | GAL | | | |

Terms       N30                        Freight              0.00
            NET 30                     Tax Total            0.00
Customer Country                       Discount Total       0.00
\tomer Tax Id                          InvoiceTotal     22,811.20
 .nment                                                     USD

Page 1 of 1

## INVOICE

16-Aug-2004

RCB COATINGS
Department 5043
P.O. Box 2153
Birmingham Alabama 35287-5043
USA

Invoice No : 794          08-16-04
Customer : 1000046        Final
Customer PO No. : Fax8/13/04
Ref Sales Order : 00000825

Bill To :
Dennis Gleason
Encor Coatings Inc
3045 Bath Pike
Nazareth PA 18064
USA

Ship To :
Rich Au
Encor Coatings Inc
CD Perry & Sons
9 Monroe St
Troy NY 12181
USA

Territory
Ship Via
Sales Person
FOB  GOR

| em Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 006-200 | 02 | 10.760000 | | 8.0000 GAL | 86.08 | | | 801 |
| CB 119HS Coal Tar HB Black Part A (5) | | | | GAL | | | | |
| 06-999 | 02 | 10.760000 | | 2.0000 GAL | 21.52 | | | 801 |
| CB 119HS Coal Tar HB Part B (1) | | | | GAL | | | | |
| | | | | 1.0000 | | | | 801 |
| n: Ri\ubin | | | | | | | | |
| | | | | 1.0000 | | | | 801 |
| 272.0831 | | | | | | | | |

Terms  N30
       NET 30
Customer Country
C'   mer Tax Id
Co....nent

Freight          93.74
Tax Total         0.00
Discount Total    0.00
InvoiceTotal    201.34
                 USD

Page 1 of 1

# INVOICE

01-Sep-2004

RCB COATINGS  
Department 5043  
P.O. Box 2153  
Birmingham Alabama 35287-5043  
USA

Invoice No : 879      09-01-04  
Customer : 1000046     Final  
Customer PO No. : 7642  
Ref Sales Order : 00000916

**Bill To :**  
Dennis Gleason  
Encor Coatings Inc-COD  
3045 Bath Pike  
Nazareth PA 18064  
USA

**Ship To :**  
Dennis Gleason  
Encor Coatings Inc-COD  
3045 Bath Pike  
Nazareth PA 18064  
USA

Territory  
Ship Via     Sales Person     FOB GOR

| n Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| 6-200 | 05 | | 10.760000 | 3,812.0000 GAL | 41,017.12 | | | 887 |
| B 119HS Coal Tar HB Black Part A (5) | | | | GAL | | | | |
| 5-999 | 05 | | 10.760000 | 953.0000 GAL | 10,254.28 | | | 887 |
| 119HS Coal Tar HB Part B (1) | | | | GAL | | | | |

Terms     C.O.D.  
    C.O.D.  
Customer Country  
Cus   er Tax Id  
Com...ent

Freight     0.00  
Tax Total     0.00  
Discount Total     0.00  
InvoiceTotal     51,271.40  
    USD

Page 1 of 1

| | | | |
|---|---|---|---|
| RCB COATINGS<br>Department 5043<br>P.O. Box 2153<br>Birmingham Alabama 35287-5043<br>USA | | Invoice No : 941<br>Customer : 1000046<br>Customer PO No. : 7648 | 09-17-04<br>Final<br>Ref Sales Order : 00000981 |
| **Bill To :**<br>Dennis Gleason<br>Encor Coatings Inc<br>3045 Bath Pike<br>Nazareth PA 18064<br>USA | | **Ship To :**<br>Dennis Gleason<br>Encor Coatings Inc<br>3045 Bath Pike<br>Nazareth PA 18064<br>USA | |

Territory         Sales Person         FOB   GOR
Ship Via

| Key | Location | Price | USD | Ship Qty | Extension | Tax | Discount | Shipment no |
|---|---|---|---|---|---|---|---|---|
| -200<br>119HS Coal Tar HB Black Part A (5) | 05 | 10.760000 | GAL | 568.0000<br>GAL | 6,111.68 | | | 945 |
| 999<br>119HS Coal Tar HB Part B (1) | 05 | 10.760000 | GAL | 142.0000<br>GAL | 1,527.92 | | | 945 |

| | | | |
|---|---|---|---|
| erms         C.O.D.<br>              C.O.D.<br>ustomer Country<br>ustomer Tax Id<br>omment | | Freight<br>Tax Total<br>Discount Total<br>InvoiceTotal | 0.00<br>0.00<br>0.00<br>7,639.60<br>USD |

Page 1 of 1

```
RCB COATINGS                                    Invoice No : 1008                    09-30-04
Department 5043                                 Customer :  1000046                  Final
P.O. Box 2153                                   Customer
Birmingham Alabama 35287-5043                   PO No.  :   7657         Ref Sales
USA                                                                      Order :    00001050

Bill To :                                       Ship To :
    Dennis Gleason                                  Dennis Gleason
    Encor Coatings Inc-COD                          Encor Coatings Inc-COD
    3045 Bath Pike                                  3045 Bath Pike
    Nazareth PA 18064                               Nazareth PA 18064
    USA                                             USA
```

| Territory | | Sales Person | | FOB | GOR | |
|---|---|---|---|---|---|---|
| Ship Via | | | | | | |
| Item Key | Location | Price USD | Ship Qty | Extension | Tax | Discount Shipment no |
| 4006-200 | 05 | 10.760000 | 664.0000 | 7,144.64 | | 1016 |
| RCB 119HS Coal Tar HB Black Part A (5) | | GAL | GAL | | | |
| 4006-999 | 05 | 10.760000 | 166.0000 | 1,786.16 | | 1016 |
| RCB 119HS Coal Tar HB Part B (1) | | GAL | GAL | | | |

| Terms | C.O.D. | Freight | 0.00 |
|---|---|---|---|
| | C.O.D. | Tax Total | 0.00 |
| Customer Country | | Discount Total | 0.00 |
| Customer Tax Id | | InvoiceTotal | 8,930.80 |
| Comment | | | USD |

Page 1 of 1