UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RCB COATINGS, INC.                :
                                  :
    Plaintiff                   :   No. 05-3540
                                  :
vs.                               :
                                  :
CORBAN CORPORATION D/B/A          :           **FILED**
ENCORE COATINGS, INC.             :           AUG 31
                                  :           ~~SEP 0 1~~ 2005
                                  :           MICHAEL E. KUNZ, Clerk
    Defendant                   :           By _____ Dep. Clerk

### ORDER ENTERING DEFAULT BY CLERK

AND NOW this *31st* day of *August*, 2005, upon request of Plaintiff with verified statement of claim attached, it appearing Defendant has not appeared in the action within twenty (20) days after service of the Summons and Complaint, default and judgment is entered for Plaintiff against Defendant for:

| | |
|---|---|
| Amount claimed in complaint | $200,503.52 |
| Interest (from June 10, 2005 at 18% per annum) | $631.68 |
| **TOTAL** | **$201,135.20** |

Michael E. Kunz, Clerk of Court
By: _____
    Deputy Clerk

**ENTERED**
SEP 0 1 2005
CLERK OF COURT